# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |
|---|---|
| **Debtor:** | JANET L. LUBISH |
| **Case Number:** | 19-23168-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 27, 2020 02:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### Matter:

#15 - Final Confirmation of Plan Dated 9/5/2019 (NFC)
+Objections By: PNC Bank National Association
R / M #: 15 / 0

*[handwritten: Sale plan Broker to be engaged.]*

### Appearances: *[handwritten: White]*

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone *[Katz circled]*

Creditor: *[handwritten: Freitag for Trinity; Warmbrodt for PNC]*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __6/25/20__ at __11:30 AM__

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

**FILED**

MAR 03 2020

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

2/19/2020    4:09:00PM