File No.: 12406

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Janet L. Lubish a/k/a Janet L. Wroble, | : | Case No. 19-23168 CMB |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Janet L. Lubish a/k/a Janet L. Wroble, | : | Related to Document No. |
| | : | |
| Movant. | : | Hearing Date & Time: April 15, 2020, |
| | : | at 10:00 a.m. |
| vs. | : | |
| | : | |
| No Respondents | : | |

CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION TO EMPLOY REAL ESTATE AGENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the application to employ real estate agent filed on March 17, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the application to employ real estate agent appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than April 6, 2020.

It is hereby respectfully requested that the Order attached to the application to employ real estate agent be entered by the Court.

Dated: April 7, 2020

ZEBLEY MEHALOV & WHITE, P.C.
By:

/s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
Email: dwhite@Zeblaw.com
Attorney for Debtor