File No.: 12406

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Janet L. Lubish a/k/a Janet L. Wroble, | : | Case No. 19-23168 CMB |
| | : | |
| Debtor. | : | Related to: Document No. 30 |
| | : | |
| Janet L. Lubish a/k/a Janet L. Wroble, | : | |
| | : | **ENTERED BY DEFAULT** |
| Movant. | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents | : | |

ORDER APPROVING EMPLOYMENT OF REAL ESTATE AGENT

AND NOW, this 8th day of April, 2020, upon consideration of the Application to Approve Employment of Real Estate Agent, it is ORDERED, ADJUDGED and DECREED as follows:

1. Gary Reagan, of Conn Realty, located at 75 Morgantown Street, Uniontown, PA 15401, is hereby appointed as a Realtor for the Debtor in this bankruptcy proceeding, pursuant to the terms described in the Listing Agreement attached to the Application, for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at 1579 McClellandtown Road, Masontown, PA 15461. A realtor's commission in the amount of 6 % of the sale price is tentatively approved, subject to final order of court.

2. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the tasks involved, the customary fee for similar services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

3. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

      4. Applicant shall serve a copy this Order upon all interested parties and file a certificate of service.

*Carlota M. Böhm* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

Case Administrator to mail to:
    Chapter 13 Trustee
    Debtor/s
    Counsel for Debtor
    Realtor/Broker

FILED
4/8/20 2:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                           Case No. 19-23168-CMB
Janet L. Lubish                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dpas              Page 1 of 1         Date Rcvd: Apr 08, 2020
                              Form ID: pdf900         Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2020.
db             +Janet L. Lubish,    1579 McClellandtown Road,    Mc Clellandtown, PA 15458-1101
r              +Gary Reagan,    75 Morgantown Street,    Uniontown, PA 15401-4238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2020 at the address(es) listed below:
          Daniel R. White    on behalf of Debtor Janet L. Lubish zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          Fred W. Freitag, IV    on behalf of Creditor    Trinity Financial Services, LLC
           fwfreitagiv@gmail.com
          James  Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                           TOTAL: 5
```