File No.: 12406

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Janet L. Lubish a/k/a Janet L. Wroble, | : | Case No. 19-23168 CMB |
| Debtor. | : | Document No. |
| Janet L. Lubish a/k/a Janet L. Wroble, | : | Related to Document No. |
| Movant. | : | |
| vs. | : | |
| No Respondents | : | |

CERTIFICATE OF SERVICE OF ORDER APPROVING
APPLICATION TO EMPLOY REAL ESTATE AGENT

    Daniel R. White, attorney for Debtor, states that on May 21, 2020, he served the Court's April 8, 2020, order approving Debtor's application to employ a real estate agent by electronic mail upon Ronda J. Winnecour, Chapter 13 Trustee, and upon Gary Reagan, Realtor at Conn Realty, 75 Morgantown Street, Uniontown, PA 15401.

    Method of Service: First class mail, postage prepaid

    Total number of parties served: 2

    Executed on: May 21, 2020

ZEBLEY MEHALOV & WHITE, P.C.

By

/s/ Daniel R. White
    Daniel R. White, Esquire
    Pa. I.D. # 78718
    Zebley Mehalov & White, P.C.
    18 Mill Street Square
    P.O. Box 2123
    Uniontown, PA 15401
    Telephone (724) 439-9200
    Facsimile  (724) 439-8435
    Email: dwhite@Zeblaw.com
    Attorney Debtor