FILED
6/30/20 2:20 pm
CLERK
U.S. BANKRUPTCY COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** JANET L. LUBISH
- **Case Number:** 19-23168-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 25, 2020   11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#15 - Chapter 13 Plan Dated 09/05/2019 (NFC)
+Objections By: PNC Bank National Association
R / M #:  15 / 0

**Appearances:**

- Debtor: White
- Trustee: ~~Winnecour~~ / Pail / Katz / DeSimone
- Creditor: Warmbrodt - PNC Bank

**Proceedings:** Freitag - Trinity

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 10-22-20 at 10:00 A.M.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/17/2020  11:15:26AM