# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
10/26/20 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Conciliation Conference:*

**Debtor:** JANET L. LUBISH
**Case Number:** 19-23168-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 22, 2020 10:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#15 - Continued Confirmation of Plan Dated 9/5/2019 (NFC)
+Objections By: Trinity Financial Services, LLC
+Objections By: PNC Bank National Association
R / M #: 15 / 0

### *Appearances:*

Debtor: White
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to _1-14-21_ at _11:00_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Continue for progress on sale — case is dependent on sale

10/14/2020    1:50:01PM