# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

FILED
10/26/20 2:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Debtor:** JANET L. LUBISH
**Case Number:** 19-23168-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 22, 2020 10:00 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

*Matter:*

#15 - Continued Confirmation of Plan Dated 9/5/2019 (NFC)
+Objections By: Trinity Financial Services, LLC
+Objections By: PNC Bank National Association
R / M #: 15 / 0

*Appearances:*

Debtor: White
Trustee: Winnecour / Pail / Katz / (DeSimone)

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  1-14-21  at  11:00 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Continue for progress on sale — case is dependent on sale

10/14/2020  1:50:01PM

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 19-23168-CMB
Janet L. Lubish   Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: gamr   Page 1 of 2
Date Rcvd: Dec 24, 2020   Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janet L. Lubish, 1579 McClellandtown Road, Mc Clellandtown, PA 15458-1101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2020   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

**Name**   **Email Address**

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Daniel R. White
    on behalf of Debtor Janet L. Lubish zmwchapter13@gmail.com
    gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Fred W. Freitag, IV
    on behalf of Creditor Trinity Financial Services  LLC fwfreitagiv@gmail.com,
    LeopoldAssociatesPAX6428@projects.filevine.com

James Warmbrodt
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2     User: gamr     Page 2 of 2
Date Rcvd: Dec 24, 2020     Form ID: pdf900     Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6