# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JANET L. LUBISH
- Case Number: 19-23168-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, JANUARY 14, 2021 11:00 AM  3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
1/20/21 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#15 Chapter 13 Plan Dated 09/05/2019 (NFC)
+Objections By: PNC BAnk National Association
R / M #: 15 / 0

**Appearances:**

- Debtor: White
- Trustee: Winnecour / Pail / Katz / DeSimone  Warmbrodt
- Creditor: Robt. Wendt - Trinity Fin. Svcs

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. _✓_ Plan/Motion continued to _4/29/21_ at _10:30_.
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

Cont'd for Sale

1/5/2021    2:08:39PM