UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Janet L Lubish<br>　　　　　　　　　　Debtors | |
| Trinity Financial Services, LLC<br>　　　　　　　　　　Movant<br>　　　v. | BK NO. 19-23168<br><br>CHAPTER 13 |
| Janet L. Lubish<br>　　　　　　　　　　Respondent<br>　　　and<br>Ronda Winnecourt<br>　　　　　　　　Additional Respondent | |

**CERTIFICATE OF NO OBJECTION OR RESPONSE REGARDING JOINT MOTION TO WITHDRAW APPEARANCE AND ENTER APPEARANCE**

　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Joint Motion to Enter Appearance and Withdraw Appearance, filed on January 13, 2021 at Doc. No. 43 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than February 1, 2021.

　It is hereby respectfully requested that the Order attached to the Movant's Joint Motion to Enter Appearance and Withdraw Appearance.

Date: February 2, 2021

/s/ *Robert P Wendt*, Esquire
By: Robert P Wendt, Esquire
Attorney ID No. 89150
Leopold & Associates, PLLC
80 Business Park Drive, Suite 110
Armonk, New York 10504
(914)-219-5787
Attorney for Movant