UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JANET L. LUBISH<br>A/K/A JANET L. WROBLE,<br><br>Debtor<br><br>TRINITY FINANCIAL SERVICES, LLC<br><br>Movant<br><br>JANET L. LUBISH A/K/A JANET L. WROBLE,<br><br>Respondent<br>RONDA J. WINNECOUR<br>Additional Respondent | BK NO.: 19-23168-CMB<br><br>CHAPTER 13<br><br>Related to:  Document No. 46<br><br>**ENTERED BY DEFAULT** |

**ORDER OF THE COURT**

The Court has considered the Joint Motion to Withdraw the Appearance of Fred W. Freitag, IV and Enter the Appearance of Robert P. Wendt, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the appearance of Fred W. Freitag, IV as attorney of record is WITHDRAWN; and it is further;

ORDERED, that the appearance of Robert P. Wendt is ENTERED as counsel of record for Trinity Financial Services, LLC.

Dated:  February 3, 2021

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

cc See attached service list

FILED
2/3/21 10:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Janet L. Lubish
a/k/a Janet L. Wroble
1579 McClelland Town Road
McClelland Town, PA 15458

Daniel R. White
Zebley Mehalov & White, P.C.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

US Trustee
1001 Liberty Avenue - Suite 970
Pittsburgh, PA 15222

Leopold & Associates, PLLC
80 Business Park Drive - Suite 100
Armonk, NY 10504

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23168-CMB |
| Janet L. Lubish | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 2
Date Rcvd: Feb 03, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet L. Lubish, 1579 McClellandtown Road, Mc Clellandtown, PA 15458-1101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Janet L. Lubish sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Fred W. Freitag, IV | on behalf of Creditor Trinity Financial Services  LLC fwfreitagiv@gmail.com, LeopoldAssociatesPAX6428@projects.filevine.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert P. Wendt | |

District/off: 0315-2      User: dpas      Page 2 of 2
Date Rcvd: Feb 03, 2021      Form ID: pdf900      Total Noticed: 1

on behalf of Creditor Trinity Financial Services  LLC pawb@fedphe.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7