# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

**Debtor:** JANET L. LUBISH
**Case Number:** 19-23168-CMB   **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 15, 2021 11:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/16/21 10:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#15 Chapter 13 Plan Dated 09/05/2019 (NFC)
R / M #:   15 / 0

## *Appearances:*

Debtor:
Trustee: Winnecour / ~~Pail~~ / Katz / DeSimone  *(White circled)*
Creditor:

*Handwritten note:* Case is contingent on sale of Real estate Broker's listing agreement was dated 2/25/20 per counsel offer is being prepared that will be accepted.

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __✓__ Plan/Motion continued to __8/26/21__ at __11:00 Am__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/6/2021    12:16:31PM