IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Janet L. Lubish, | : | Case No. 19-23168 CMB |
| | : | |
| Debtor. | : | Document No.: |

DEBTOR'S POST-CONVERSION REPORT
PURSUANT TO BANKRUPTCY RULE 1019(5)

The Debtor files the following report, pursuant to Bankruptcy Rule 1019(5) and the Order converting Case Under Chapter 13 to Case Under Chapter 7:

1. Property acquired after the commencement of this case, but before the entry of the conversion order: None.

2. Debtor assumed no executory contracts.

3. Debtor incurred the following additional debts prior to the order for conversion: None

Respectfully submitted,

/s/ Janet L. Lubish
Janet L. Lubish, Debtor

ZEBLEY MEHALOV & WHITE, P.C.
BY
/s/ Sarah E. Connelly
Sarah E. Connelly
PA ID No. 309026
P.O. Box 2123
Uniontown, PA 15401
(724) 439-9200
Attorneys for Debtor