UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-23168 CMB |
| | : | |
| Janet L. Lubish, | : | Chapter 7 |
| | : | |
| Debtor. | : | Document No. |

File No.

CERTIFICATE OF SERVICE OF
NOTICE OF RESCHEDULED MEETING OF CREDITORS

Sarah E. Connelly, attorney for Debtor, certifies that on the 15th day of December 2021 she served upon the Debtor, Janet L. Lubish, at 1579 McClellandtown Road, McClellandtown, PA, written notice of the time and place of the rescheduled meeting of creditors in the above matter, which the Trustee adjourned to Tuesday, January 18, 2022, at 10:00 a.m.

Method of Service: First class mail, postage prepaid.

Total number of parties served: 1

Date executed: December 15, 2021

ZEBLEY MEHALOV & WHITE, P.C.

By

/s/ Sarah E. Connelly
Sarah E. Connelly
PA ID NO. 309026
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
Sarah@zeblaw.com
Attorney for Debtor