**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JANET L. LUBISH

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Respondents.

Case No.: 19-23168

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/13/2019 and confirmed on 10/16/2019. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,400.00 |
| Less Refunds to Debtor | 2,121.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 3,278.20 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 278.20 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,278.20 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FAYETTE COUNTY TAX CLAIM BUR<br>Acct: 7101 | 6,754.08 | 0.00 | 0.00 | 0.00 |
| FAYETTE COUNTY TAX CLAIM BUR<br>Acct: 7101 | 2,725.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA<br>Acct: 6359 | 55,137.56 | 0.00 | 0.00 | 0.00 |
| TRINITY FINANCIAL SERVICES LLC<br>Acct: 0387 | 21,512.59 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
| DANIEL R WHITE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JANET L. LUBISH<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JANET L. LUBISH<br>Acct: | 2,121.80 | 2,121.80 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC<br>Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |

| 19-23168 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | INTERNAL REVENUE SERVICE* | 5,458.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 8548 | | | | |
| | *** N O N E *** | | | | |
| Unsecured | | | | | |
| | ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELLS FARGO CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4414 | | | | |
| | INTERNAL REVENUE SERVICE* | 13,845.77 | 0.00 | 0.00 | 0.00 |
| | Acct: 7195 | | | | |
| | UPMC PHYSICIAN SERVICES | 270.61 | 0.00 | 0.00 | 0.00 |
| | Acct: 7195 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 52.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PNC BANK NA | 16,008.07 | 0.00 | 0.00 | 0.00 |
| | Acct: 1541 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9215 | | | | |
| | SHERYL HEID | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TWPLUS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | LEOPOLD & ASSOCIATES PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | *** N O N E *** | | | | |

TOTAL PAID TO CREDITORS                                                                                     0.00

TOTAL CLAIMED
PRIORITY              5,458.29
SECURED              86,129.23
UNSECURED            30,177.01

Date: 12/23/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com