**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Bankruptcy No. 19-23168-CMB** |
| **JANET L. LUBISH,** ) | |
| a/k/a **JANET L. WROBLE** ) | **Chapter 7** |
| **Debtor** ) | |
| ) | **RE: Document No. 83** |
| ********************************* ) | |
| **ROBERT H. SLONE, TRUSTEE** ) | |
| **Movant** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **NO RESPONDENTS** ) | |

**CERTIFICATE OF SERVICE REGARDING ORDER OF COURT APPROVING
APPLICATION TO APPOINT COUNSEL TO CHAPTER 7 TRUSTEE**

    I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the addresses specified below on January 4, 2022 by the following:

By First Class U.S. Mail:
See attached list.

EXECUTED ON: January 4, 2022      By:     /s/ ROBERT H. SLONE
                                                      Robert H. Slone, Trustee
                                                      MAHADY & MAHADY
                                                      223 South Maple Avenue
                                                      Greensburg, PA 15601
                                                      (724) 834-2990
                                                      PA I.D. No. 19963
                                                      robertslone223@gmail.com

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | Daniel R. White, Esquire<br>Zebley, Mehalov & White PC<br>PO Box 2123<br>Uniontown, PA 15401 | Sarah Elizabeth Connelly, Esquire<br>Zebley, Mehalov & White PC<br>PO Box 2123<br>Uniontown, PA 15401 |
| Verizon<br>By American Infosource as Agent<br>PO Box 4457<br>Houston, TX 77210 | PRA Receivables Management LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Trinity Financial Services, LLC<br>615 E. 1st Street<br>Tustin, CA 92780 |
| Atlantic Broadband<br>120 Southmont Boulevard<br>Johnstown, PA 15905 | Credit Protection Association LP<br>Parkway Center V<br>2500 Dallas Parkway, Suite 500<br>Plano, TX 75093 | Fayette County Tax Claim Bureau<br>c/o Cheryl R. Heid, Esquire<br>4 North Beeson Boulevard<br>Uniontown, PA 15401 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | KML Law Group<br>Suite 5000---BNY Mellon Independence Center<br>701 Market Street<br>Philadelphia, PA 19106 | PNC Bank Retail Lending<br>PO Box 94982<br>Cleveland, OH 44101 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440 | US Mortgage Resolution, LLC<br>351 East Conestoga Road, Ste. 207<br>3232 Newmark Drive<br>Wayne, PA 19087 |
| Wells Fargo Card Services<br>PO Box 522<br>Des Moines, IA 50306 | Janet L. Lubish<br>1579 McClellandtown Road<br>McClellandtown, PA 15458 | |