**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **Bankruptcy No. 19-23168-CMB** |
| JANET L. LUBISH, | ) | |
| a/k/a JANET L. WROBLE | ) | Chapter 7 |
| Debtor | ) | |
| | ) | RE: Document Nos. 75 & 76 |
| ROBERT H. SLONE, TRUSTEE | ) | |
| Movant | ) | **Hearing Date: 2/8/22 @ 10:00 AM** |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**TRUSTEE'S MOTION TO EMPLOY REAL ESTATE AGENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the ***Trustee's Motion to Employ Real Estate Agent*** *has* been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the ***Trustee's Motion to Employ Real Estate Agent*** appears thereon. Pursuant to the Notice of Hearing, objections to the ***Trustee's Motion to Employ Real Estate Agent*** were to be filed and served no later than **January 6, 2022.**

It is hereby respectfully requested that the Order attached to the ***Trustee's Motion to Employ Real Estate Agent*** be entered by the Court.

Dated: January 7, 2022     By: /s/ ROBERT H. SLONE
        Robert H. Slone, Trustee
        MAHADY & MAHADY
        223 South Maple Avenue
        Greensburg, PA 15601
        (724) 834-2990
        PA I.D. No. 19963
        robertslone223@gmail.com