**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 19-23168-CMB |
| JANET L. LUBISH, ) | |
| a/k/a JANET L. WROBLE ) | Chapter 7 |
| DEBTOR ) | |
| ) | Document No. |
| ROBERT H. SLONE, TRUSTEE, ) | |
| ) | |
| MOVANT ) | |
| vs. ) | Hearing Date: 3/8/22 @ 10:00 a.m. |
| ) | ZOOM HEARING |
| PRA RECEIVABLES MANAGEMENT LLC, TRINITY ) | |
| FINANCIAL SERVICES LLC, COMMERCIAL CREDIT OR) | |
| ITS ASSIGNS, ATLANTIC BROADBAND, GERMAN ) | |
| TOWNSHIP SEWER AUTHORITY, PNC BANK, N.A., ) | |
| J.P. MORGAN CHASE, CREDIT PROTECTION ) | |
| ASSOCIATION LP, FAYETTE COUNTY TAX CLAIM ) | |
| BUREAU, INTERNAL REVENUE SERVICE, KML LAW ) | |
| GROUP, PNC BANK RETAIL LENDING, SYNCHRONY ) | |
| BANK, UPMC PHYSICIAN SERVICES, US MORTGAGE ) | |
| RESOLUTION LLC, VERIZON, WELLS FARGO CARD ) | |
| SERVICES, WELLS FARGO BANK, N.A., AND ) | |
| OFFICE OF THE U.S. TRUSTEE, ) | |
| RESPONDENTS ) | |

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE ON MOTION FOR SALE OF REAL ESTATE LOCATED AT LOCATED AT 1579 McCLELLANDTOWN ROAD, GERMAN TOWNSHIP, McCLELLANDTOWN, PA 15468, PARCEL NO. 15-22-0271-01**

TO: RESPONDENTS AND CREDITORS AND PARTIES OF INTEREST OF THE ABOVE-NAMED DEBTOR:

*NOTICE IS HEREBY GIVEN THAT the above Movant seeks an order to sell property in which Respondents may have an interest.*

Anyone who wishes to object is further notified to serve (in duplicate) a written response to the Motion upon the Clerk, U.S. Bankruptcy Court, Western District of Pennsylvania and the undersigned attorney, which the undersigned attorney and the Clerk's Office must receive on or before **February 18, 2022**. If Respondents fail to timely respond, the Motion may be granted at the hearing. See Local Bankruptcy Rule 9013.4.

**Property to be sold:** 1579 McClellandtown Road, McClellandtown, Fayette County, PA 15468, Parcel No. 15-22-0271-01 (Offer of $150,000.00)

**Terms of Sale:** $1,000.00 hand money in cash or certified funds at the time of sale. Balance of funds to be paid and closing to be held within 30 days of confirmation of sale.

Sale is **"AS IS, WHERE IS",** free of liens and encumbrances.

A *Zoom Video Conference Hearing* will be held on **Tuesday, March 8, 2022, at 10:00 a.m**. before Judge Carlota M. Böhm via the Zoom Video Conference Application ("Zoom").  To participate in and join a Zoom Hearing, please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following: **Meeting ID: 161 4380 0191.** For questions regarding the connection, contact Judge Böhm's Chambers at 412-644-4328. ***All attorneys and parties may only appear by Zoom and must comply with Chief Judge Böhm's Zoom Procedures, which can be found on the Court's website at http://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.*** Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Böhm's Chambers to make telephonic arrangements. Only ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

The court may entertain higher and better offers at the hearing.  Requests for information regarding the subject property should be directed to the undersigned attorney.

Date of Service:  February 1, 2022                           /s/ ROBERT H. SLONE
                                                            Robert H. Slone, Trustee
                                                            PA I.D. No. 19963
                                                            MAHADY & MAHADY
                                                            223 South Maple Avenue
                                                            Greensburg, PA 15601
                                                            (724) 834-2990
                                                            robertslone223@gmail.com