## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Bankruptcy No. 19-23168-CMB |
| JANET L. LUBISH, | ) | |
| a/k/a JANET L. WROBLE | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Document No. |

**PROOF OF PUBLICATION**
**FAYETTE LEGAL JOURNAL**

# FAYETTE LEGAL JOURNAL
## PROOF OF PUBLICATION

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF FAYETTE:

Before me, the undersigned notary public, this day, personally appeared **Garnet Gordon**, to me known, who being duly sworn according to law, deposes and states the following:

I am the Editor of the FAYETTE LEGAL JOURNAL. The Fayette Legal Journal is the duly designated legal newspaper for Fayette County, Pennsylvania, which newspaper was established in 1938 and designated the Legal Periodical by the Court of Common Pleas for Fayette County, and is published by the Fayette County Bar Association, 45 East Main Street, Suite 100, Uniontown, Fayette County, Pennsylvania 15401. A copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**February 19, 2022**

The affiant further states that she/he is a designated agent of the Fayette County Bar Association, the owner of said legal newspaper, that she/he is not interested in the subject matter of the aforesaid notice or advertising, and that all allegations of the aforesaid statement as to time, place and character are true.

Sworn to and subscribed before me the 21st. day of February, 2022.

Notary Public
My commission expires:

Commonwealth of Pennsylvania - Notary Seal
Cindy L. McClain, Notary Public
Fayette County
My commission expires April 28, 2022
Commission number 1189457
Member, Pennsylvania Association of Notaries

## Legal Notice

IN RE: Janet L. Lubish
Case No. 19-23168-CMB, Chapter 7

Real Estate Located at 1579 McClellandtown Road, McClellandtown, Fayette County, PA
Parcel No. 15-22-0271-01
Date of Sale 3/8/2022 at 10:00 a.m.
A Zoom Video Conference Hearing will be held on 3/8/2022 at 10:00 a.m.. via the Zoom Video Conference Application.
To participate in and join a Zoom Hearing, please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time:
https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following:
Meeting ID: 161 4380 0191.
Objections due by: 2/18/2022
Initial Offer $ 150,000.00
Higher and better offers will be considered at the hearing
Hand money required: $1,000.00
(Cash or Certified Funds Only)
Contact: Robert H. Slone, Trustee
223 South Maple Avenue
Greensburg, PA 15601
Ph# (724) 834-2990
For more information:
www.pawb.uscourts.gov/easi.htm