IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 19-23168-CMB |
| JANET L. LUBISH, ) | |
| a/k/a JANET L. WROBLE ) | Chapter 7 |
| DEBTOR ) | |
| ) | Document No. |

PROOF OF PUBLICATION OF NOTICE OF SALE
HERALD-STANDARD

# HERALD-Standard

8 East Church Street
Uniontown, PA 15401-0848
Phones: 724-439-7510 (Classified) 724-425-7210 (Billing)

**PUBLIC NOTICE ADVERTISING NOTICE**

Account Number: LC5068
Proof Date: 02-21-22
Ad Number: 6782

COL - MAHADY & MAHADY
KIMBERLY SHAY
223 SOUTH MAPLE AVE
GREENSBURG, PA 15601

PROOF CHARGE IS $5.00 FOR AFFIDAVIT, $2.50 FOR CLERICAL FEE

FOR YOUR RECORDS ONLY

| ACCOUNT # | DESCRIPTION | LINES | TIMES | PROOF | TOTAL CHARGES |
|---|---|---|---|---|---|
| LC5068 | NOTICE IN RE: Janet L. Lubish   Case No. 19-2 | 23 | 1 | .00 | 147.33 |
| 02-21-22 | | | | | |

DATES APPEARED

## PROOF OF PUBLICATION

The HERALD-Standard a daily newspaper of general circulation, published by Central Pennsylvania Newspapers, LLC., a Pennsylvania corporation, 8 East Church Street, Uniontown, Fayette County, Pennsylvania, was established in 1907, and has been issued regularly, except legal holidays since said date.

The attached advertisement, which is exactly as printed and published, appeared in the regular issue

Central Pennsylvania Newspapers, LLC./Herald Standard

By _Sharon K Wallach_

STATE OF PENNSYLVANIA,
COUNTY OF FAYETTE,   } SS:

Before me, a Notary Public in and for such county and state, personally appeared SHARON K. WALLACH, who being duly sworn according to law says that she is ADVERTISING DIRECTOR of Central Pennsylvania Newspapers, LLC./Herald-Standard that neither affiant nor said corporation is interested in the subject matter of the attached advertisement; and that all of the allegations of the foregoing statement including those as to the time, place and character of publication are true.

Sworn to and subscribed before me this
21st day of February 2022

Commonwealth of Pennsylvania - Notary Seal
Beverly L. Paull, Notary Public
Fayette County
My commission expires August 8, 2023
Commission number 1355326
Member, Pennsylvania Association of Notaries

By _Beverly L Paull_

Central Pennsylvania Newspapers, LLC.   8 East Church Street   UNIONTOWN, PA. 15401-0848

Herald-Standard Legals    Print Ad Proof

PAGE: 1

ADNo: 6782    Customer Number: LC5068
Customer Name: KIMBERLY SHAY    Company: COL - MAHADY _MAHAD
Address: 223 SOUTH MAPLE AVE
City/St/Zip: GREENSBURG    ,PA 15601
Phone: (724) 834-2990    Solicitor:    MC
Category: 10    Class: 10    Rate: CLM-0    Start: 2-21-2022 Stop: 2-21-2022
Lines: 23    Inches: 2.24    Words: 136

Credit Card:    Expire:
Order Number:
Cost: .00 Adjustments: 147.33
Payments: .00 Discount: .00
Balance: 147.33

NOTICE

IN RE: Janet L. Lubish
Case No. 19-23168-CMB, Chapter 7

Real Estate Located at 1579 McClellandtown Road, McClellandtown, Fayette County, PA
Parcel No. 15-22-0271-01
Date of Sale 3/8/2022 at 10:00 a.m.
A *Zoom Video Conference Hearing* will be held on 3/8/2022 at 10:00 a.m.. via the Zoom Video Conference Application.
To participate in and join a Zoom Hearing, please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time:
https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following: **Meeting ID: 161 4380 0191**.
Objections due by: 2/18/2022
Initial Offer $ 150,000.00)
Higher and better offers will be considered at the hearing
Hand money required: $1,000.00
(Cash or Certified Funds Only)
Contact: Robert H. Slone, Trustee
223 South Maple Avenue Greensburg, PA 15601 Ph# (724) 834-2990
For more information: www.pawb.uscourts.gov/easi.htm