**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | **Bankruptcy No. 19-23168-CMB** |
| JANET L. LUBISH, ) | |
| a/k/a JANET L. WROBLE ) | **Chapter 7** |
| DEBTOR ) | |
| ) | **RE: Document No. 109** |
| ROBERT H. SLONE, TRUSTEE, ) | |
| ) | |
| MOVANT ) | |
| vs. ) | |
| ) | |
| PRA RECEIVABLES MANAGEMENT LLC, TRINITY ) | |
| FINANCIAL SERVICES LLC, COMMERCIAL CREDIT OR) | |
| ITS ASSIGNS, ATLANTIC BROADBAND, GERMAN ) | |
| TOWNSHIP SEWER AUTHORITY, PNC BANK, N.A., ) | |
| J.P. MORGAN CHASE, CREDIT PROTECTION ) | |
| ASSOCIATION LP, FAYETTE COUNTY TAX CLAIM ) | |
| BUREAU, INTERNAL REVENUE SERVICE, KML LAW ) | |
| GROUP, PNC BANK RETAIL LENDING, SYNCHRONY ) | |
| BANK, UPMC PHYSICIAN SERVICES, US MORTGAGE) | |
| RESOLUTION LLC, VERIZON, WELLS FARGO CARD ) | |
| SERVICES, WELLS FARGO BANK, N.A., AND ) | |
| OFFICE OF THE U.S. TRUSTEE, ) | |
| RESPONDENTS ) | |

**CERTIFICATE OF SERVICE FOR REPORT OF SALE REGARDING SALE OF REAL ESTATE LOCATED AT 1579 McCLELLANDTOWN ROAD, GERMAN TOWNSHIP, McCLELLANDTOWN, PA 15468**

    I, Robert H. Slone, certify under penalty of perjury that on April 4, 2022, I served a true and correct copy of the above-referenced document upon the following persons and parties in interest at the addresses shown by United States First Class Mail, postage prepaid, as follows:

    *See attached list.*

EXECUTED ON: April 4, 2022        By: /s/ ROBERT H. SLONE
                                                         Robert H. Slone, Trustee
                                                         PA ID No. 19963
                                                         MAHADY & MAHADY
                                                         223 South Maple Avenue
                                                         Greensburg, PA 15601
                                                         (724) 834-2990
                                                         robertslone223@gmail.com

| | | |
|---|---|---|
| Office of the U. S. Trustee<br>Liberty Center, Ste. 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | Sarah Elizabeth Connolly<br>Zebley Mehalov & White PC<br>PO Box 2123<br>Uniontown, PA 15401 | Janet L. Lubish<br>1579 McClellandtown Road<br>McClellandtown, PA 15458 |
| PNC Bank<br>c/o Michael T. McKeever, Esquire<br>KML Law Group, PC<br>701 Market Street, Suite 5000 Mellon Independence Center<br>Philadelphia, PA 19106 | Fayette County Tax Claim Bureau<br>c/o Cheryl R. Heid, Esquire<br>4 North Beeson Boulevard<br>Uniontown, PA 15401 | German Township Sewage Authority<br>c/o Douglas S. Sepic, Esquire<br>892 Vanderbilt Road<br>Connellsville, PA 15425 |
| Trinity Financial Services, LLC<br>c/o Robert P. Wendt, Esquire<br>Leopold & Associates, PLLC<br>80 Business Park Drive, Suite 110<br>Armonk, New York 10504 | J.P. Morgan Chase<br>270 Park Avenue<br>New York, NY 10172<br>Attn: General Counsel | Wells Fargo Bank, N.A.<br>420 Montgomery Street<br>San Francisco, CA 94163<br>Attn: General Counsel |
| Commercial Credit Mortgage Company<br>300 St. Paul Place<br>Baltimore, MD 21215 | PNC Bank, NA<br>The Tower at PNC Plaza<br>300 5th Avenue<br>Pittsburgh, PA 15222 | PNC Bank NA,<br>Successor by Merger to<br>National City Bank<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |
| Atlantic Broadband<br>120 Southmont Boulevard<br>Johnstown, PA 15905 | Credit Protection Association LP<br>Parkway Center V<br>2500 Dallas Parkway, Suite 500<br>Plano, TX 75093 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 |
| PRA Receivables Management LLC<br>PO Box 41021<br>Norfolk, VA 23541 | PNC Bank Retail Lending<br>PO Box 94982<br>Cleveland, OH 44101 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 |
| Trinity Financial Services<br>2618 San Miguel Drive, Suite 303,<br>Newport Beach, CA 92660 | Trinity Financial Services, LLC<br>615 E. 1st Street<br>Tustin, CA 92780 | UPMC Physician Services<br>PO Box 1123<br>Minneapolis, MN 55440 |
| U.S. Mortgage Resolutions LLC<br>351 E. Conestoga Road—Ste. 207<br>Wayne, PA 19087 | Verizon by American InfoSource as Agent PO Box 5547<br>Houston TX 77210 | Wells Fargo Card Services<br>PO Box 522<br>Des Moines, IA 50306 |
| Realty One Group Gold Standard<br>Attention: Stefani Lucas<br>432 Frye Farm Road<br>Greensburg, PA 15601 | | |