IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| Janet L. Lubish | : | CASE NO. 19-23168 CMB |
| aka Janet L. Wroble, | : | |
| | : | |
| Debtor, | : | DOCUMENT NO. _____ |
| | : | |
| Janet L. Lubish | : | |
| aka Janet L. Wroble, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Robert H. Slone, Trustee, | : | |
| | : | |
| Respondent. | : | Related to Document No. 107 |

## MOTION FOR RECONSIDERATION OF THE ORDER DATED APRIL 1, 2022, CLOSING CASE WITHOUT DISCHARGE

The Debtor, Janet L. Lubish a/k/a Janet L. Wroble, by her attorneys, Zebley Mehalov & White, P.C. files this Motion to Reconsider this Court's April 1, 2022, Order Closing Case Without Discharge:

1. The Debtor, Janet L. Lubish a/k/a Janet L. Wroble, filed for relief under Chapter 13 of the United States Bankruptcy Code on August 13, 2019.

2. On November 10, 2021, an Order was entered converting Debtor's case to a chapter 7 bankruptcy and the meeting of creditors was scheduled for December 13, 2021. This made February 11, 2022, the deadline for filing a certificate evidencing the completion of the personal financial management course.

3. Respondent, Robert H. Slone, serves as trustee for this case.

4. Counsel for Debtor informed Debtor that she would need to take a personal financial management course in order to receive a discharge of her debts in her bankruptcy case and gave her all of the information needed to complete the course on several occasions.

5. Debtor is 82 years old and suffered from numerous illnesses at the beginning of 2022, and as such, she failed to complete her personal financial management course by February 11, 2022, as required by Fed.R.Bankr.P. 1007(c).

6. Debtor completed the required course on March 31, 2022, and the certificate was filed April 1, 2022, at Document No. 106.

7. Because Debtor took the course past the deadline, on April 1, 2022, the Court entered an order that would close the case without Debtor receiving a discharge.

8. As Debtor has now taken the course, and no one is prejudiced, she requests the Court vacate the order denying her a discharge in this case.

WHEREFORE, the Debtor respectfully requests that this Honorable Court grant reconsideration of the Order Closing Case Without Discharge and enter an Order granting her a discharge.

ZEBLEY MEHALOV & WHITE, P.C.

Dated: April 5, 2022

By: /s/ Sarah E. Connelly
Sarah E. Connelly
PA I.D. No. 309026
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
Attorney for Debtor