File No. 12406

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| Janet L. Lubish | : | CASE NO. 19-23168 CMB |
| aka Janet L. Wroble, | : | |
| | : | |
| Debtor, | : | DOCUMENT NO. _____ |
| | : | |
| Janet L. Lubish | : | |
| aka Janet L. Wroble, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Robert H. Slone, Trustee, | : | |
| | : | |
| Respondent. | : | Related to Document No. 107 |

**ORDER**

Following Debtor's motion for reconsideration, it is hereby ordered that the April 1, 2022, Order of Court closing Debtor's case without discharge is VACATED.  As Debtor has completed her Financial Management course on March 31, 2022, and filed her Financial Management Course certificate, she is entitled to receive a discharge in her case, if otherwise entitled to a discharge.

BY THE COURT

Date:_____, 2022

_____J.
United States Bankruptcy Judge