File No.: 12406

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| Janet L. Lubish, | : | Case No. 19-23168 CMB |
| | : | |
|   Debtor. | : | Document No. |
| | : | |
| | : | Related to Document Nos. 115 & 117 |

<u>Certificate of Service of Amended Schedule C and the Court's May 25, 2022, Order</u>

    The undersigned, Sarah E. Connelly, Attorney for Debtor, hereby certifies that on May 26, 2022, she served a true and correct copy of Debtor's Amended Schedule C and the Court's May 25, 2022, Order upon Robert H. Sloan, Chapter 7 Trustee, at 223 South Maple Avenue, Greensburg, PA 15601, and upon the Office of the United States Trustee at 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222.

  Method of service: First Class Mail, postage prepaid.
  Total number of parties served: 2
  Date executed: May 26, 2022

ZEBLEY MEHALOV & WHITE, P.C.

BY

/s/Sarah E. Connelly
Sarah E. Connelly
PA ID No. 309026
P.O. Box 2123
Uniontown, PA 15401
(724) 439-9200
Sarah@Zeblaw.com
Attorney for Debtor