IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| Janet L. Lubish, | : | Case No. 19-23168 CMB |
| | : | |
| Debtor, | : | Document No. \_\_\_\_ |
| | : | |
| Janet L. Lubish, | : | Related to Document Nos. 124 & 125 |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Robert H. Slone, Trustee, | : | |
| | : | |
| Trustee/Respondent. | : | |

Certification of No Objection Regarding Motion to Approve Settlement

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Approve Settlement filed on June 14, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Settlement appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve Settlement were to be filed and served no later than July 1, 2022.

It is hereby respectfully requested that the Order attached to the Motion to Approve Settlement be entered by the Court.

ZEBLEY MEHALOV & WHITE, P.C.

Dated: July 5, 2022

By /s/ Sarah E. Connelly
Sarah E. Connelly
PA I.D. No. 309026
P.O. Box 2123
Uniontown, PA 15401
(724) 439-9200
Email: Sarah@Zeblaw.com