IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/5/22 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | : Chapter 7 |
| Janet L. Lubish, | : Case No. 19-23168 CMB |
| Debtor, | : Document No. 124 |
| Janet L. Lubish, | : |
| Movant, | : |
| vs. | : |
| Robert H. Slone, Trustee, | : |
| Trustee/Respondent. | : |

**ENTERED BY DEFAULT**

<u>ORDER OF COURT</u>

AND NOW, upon consideration of the Debtor's motion to approve settlement, the Court orders, adjudges, and decrees as follows:

1. Trustee Robert H. Slone will retain the entire $32,870.74 net proceeds from the sale of Debtor's real estate located at 1579 McClellandtown Road, McClellandtown, PA (the "premises").

2. Trustee Slone will retain the entire $1,600 collected from TWPlus, LLC.

3. Debtor waives her exemptions in the proceeds from the sale of the premises and the $1,600 Trustee Slone collected from TWPlus, LLC.

4. Debtor will pay to Trustee Slone an additional $8,165, which Debtor will not exempt.

5. Trustee Slone will cap his fees and expenses, including trustee commission and trustee counsel fees, at $7,000, subject to review by the United States Trustee and this Court.

6. Trustee Slone will abandon the estate's interest in note between Debtor and TWPlus, LLC.

BY THE COURT

Dated: 7/5/2022, 2022

_____
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23168-CMB |
| Janet L. Lubish | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janet L. Lubish, 1579 McClellandtown Road, Mc Clellandtown, PA 15458-1101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Janet L. Lubish lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | robertslone223@gmail.com rslone@pulsenet.com;pa07@ecfcbis.com |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Robert P. Wendt
    on behalf of Creditor Trinity Financial Services LLC pawb@fedphe.com

Sarah Elizabeth Connelly
    on behalf of Debtor Janet L. Lubish Sarah@zeblaw.com
    janet@zeblaw.com;sheila@zeblaw.com;connelly.sarahr63228@notify.bestcase.com

TOTAL: 8