**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 19-23168-CMB |
| JANET L. LUBISH | ) |
| | ) CHAPTER 7 |
| DEBTOR | ) |
| _____ | ) RE: DOCKET NO. 135 |
| ROBERT H. SLONE, TRUSTEE | ) |
| | ) |
| MOVANT | ) |
| | ) |
| vs. | ) |
| | ) |
| NO RESPONDENTS | ) |

**CERTIFICATION OF NO OBJECTION REGARDING NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) has* been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) appears* thereon. Pursuant to the Notice of Hearing, objections to the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* were to be filed and served no later than **November 28, 2022.**

It is hereby respectfully requested that the Orders attached to the respective *Trustee's Final Report and Applications for Compensation* be entered by the Court.

Dated: November 29, 2022    By: /s/ ROBERT H. SLONE
Robert H. Slone, Trustee
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
(724) 834-2990
PA I.D. No. 19963
robertslone223@gmail.com