**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

In re:
| | | |
|---|---|---|
| IN RE: | § | Case No. 19-23168-CMB |
| LUBISH, JANET L. | § | Chapter 7 |
| Debtor(s) | § | |
| | § | |
| ROBERT H. SLONE, TRUSTEE | § | |
| | § | |
| VS. | § | |
| | § | |
| NO RESPONDENTS | § | |
| | § | |
| | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Robert H. Slone, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $6,520.00 | Assets Exempt: | $20,400.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $142,240.65 | Claims Discharged Without Payment: | $17,121.56 |
| Total Expenses of Administration: | $17,524.35 | | |

3) Total gross receipts of $159,765.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $159,765.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $84,281.08 | $83,404.23 | $106,976.91 | $106,976.91 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $17,524.35 | $17,524.35 | $17,524.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $18,000.00 | $5,458.29 | $5,458.29 | $5,458.29 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $16,750.00 | $30,177.01 | $30,177.01 | $29,805.45 |
| **TOTAL DISBURSEMENTS** | $119,031.08 | $136,563.88 | $160,136.56 | $159,765.00 |

4) This case was originally filed under chapter 7 on 08/13/2019, and it was converted to chapter 7 on 11/10/2021.  The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/04/2023                By: /s/ Robert H. Slone
                                                Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1579 McClellandtown Road, McClellandtown, PA 15458-0000, Fayette County | 1110-000 | $150,000.00 |
| Approximate balance owed to Debtor by TWPlus, LLC pursuant to mortgage on commercial property @ 2018 McClellandtown Road | 1121-000 | $9,765.00 |
| **TOTAL GROSS RECEIPTS** | | **$159,765.00** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fayette County Tax Claim Bureau | 4800-000 | NA | $6,754.08 | $16,275.44 | $16,275.44 |
| 6 | PNC Bank, National Association | 4110-000 | $54,802.00 | $55,137.56 | $64,975.77 | $64,975.77 |
| 7 | Trinity Financial Services, LLC | 4110-000 | NA | $21,512.59 | $25,725.70 | $25,725.70 |
| N/F | Fayette County Tax Claim Bureau | 4110-000 | $2,725.00 | NA | NA | NA |
| N/F | Fayette County Tax Claim Bureau | 4110-000 | $6,754.08 | NA | NA | NA |
| N/F | US Mortgage Resolution, LLC | 4110-000 | $20,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$84,281.08** | **$83,404.23** | **$106,976.91** | **$106,976.91** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Robert H. Slone | 2100-000 | NA | $6,600.07 | $6,600.07 | $6,600.07 |
| Trustee, Expenses - Robert H. Slone | 2200-000 | NA | $399.93 | $399.93 | $399.93 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $188.00 | $188.00 | $188.00 |
| Costs re Sale of Property (closing costs, etc.) - Metro Settlement Services, Inc. | 2500-000 | NA | -$53.20 | -$53.20 | -$53.20 |
| Costs re Sale of Property (closing costs, etc.) - Metro Settlement Services, Inc. | 2500-000 | NA | $1,348.21 | $1,348.21 | $1,348.21 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $237.20 | $237.20 | $237.20 |
| Other State or Local Taxes (post-petition) - Metro Settlement Services, Inc. | 2820-000 | NA | $1,304.14 | $1,304.14 | $1,304.14 |
| Realtor for Trustee Fees - Metro Settlement Services, Inc. | 3510-000 | NA | $7,500.00 | $7,500.00 | $7,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$17,524.35** | **$17,524.35** | **$17,524.35** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | $18,000.00 | $5,458.29 | $5,458.29 | $5,458.29 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$18,000.00** | **$5,458.29** | **$5,458.29** | **$5,458.29** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Internal Revenue Service | 7100-000 | NA | $9,751.35 | $9,751.35 | $9,751.35 |
| 2U2 | INTERNAL REVENUE SERVICE | 7300-000 | NA | $4,094.42 | $4,094.42 | $3,722.86 |
| 3 | UPMC Physician Services | 7100-000 | NA | $270.61 | $270.61 | $270.61 |
| 4 | Verizon | 7100-000 | NA | $52.56 | $52.56 | $52.56 |
| 5 | PNC Bank NA | 7100-000 | NA | $16,008.07 | $16,008.07 | $16,008.07 |
| N/F | Atlantic Broadband | 7100-000 | $1,000.00 | NA | NA | NA |
| N/F | Wells Fargo Card Services | 7100-000 | $15,750.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$16,750.00** | **$30,177.01** | **$30,177.01** | **$29,805.45** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 19-23168-CMB | Trustee Name: | (580040) Robert H. Slone |
| --- | --- | --- | --- |
| Case Name: | LUBISH, JANET L. | Date Filed (f) or Converted (c): | 11/10/2021 (c) |
| | | § 341(a) Meeting Date: | 12/13/2021 |
| For Period Ending: | 01/04/2023 | Claims Bar Date: | 01/19/2022 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1579 McClellandtown Road, McClellandtown, PA 15458-0000, Fayette County | 180,000.00 | 0.00 | | 150,000.00 | FA |
| 2 | 2003 BMW 325, 157,192 miles | 3,500.00 | 0.00 | | 0.00 | FA |
| 3 | 2 furnished bedrooms, living room, family room, dining room/kitchen combined, appliances, all of minimal value, with no one item exceeding the limit. Location: 1579 McClellandtown Road, McClellandtown PA 15458 | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | Electronics: 2 TVs (one does not work) Location: 1579 McClellandtown Road, McClellandtown PA 15458 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing, of minimal value Location: 1579 McClellandtown Road, McClellandtown PA 15458 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous costume jewelry Location: 1579 McClellandtown Road, McClellandtown PA 15458 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account: Community Bank | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Approximate balance owed to Debtor by TWPlus, LLC pursuant to mortgage on commercial property @ 2018 McClellandtown Road, Masontown, PA. | 50,000.00 | 0.00 | | 9,765.00 | FA |
| 10 | Cash value of whole life policy through American Life. Loan exceeds value.: Children | 0.00 | 0.00 | | 0.00 | FA |
| 11* | Remaining proceeds from Asset No. 9 (See Footnote) | 0.00 | 9,765.00 | OA | 0.00 | FA |
| 11 | **Assets Totals (Excluding unknown values)** | **$236,520.00** | **$9,765.00** | | **$159,765.00** | **$0.00** |

RE PROP# 11    Balance owed to Debtor by TWPlus, LLC per Order @Doc. 127

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**              **Current Projected Date Of Final Report (TFR):**   08/04/2022 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 19-23168-CMB
**Case Name:** LUBISH, JANET L.

**Trustee Name:** (580040) Robert H. Slone
**Date Filed (f) or Converted (c):** 11/10/2021 (c)
**§ 341(a) Meeting Date:** 12/13/2021

**For Period Ending:** 01/04/2023

**Claims Bar Date:** 01/19/2022

01/04/2023
Date

/s/Robert H. Slone
Robert H. Slone

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 19-23168-CMB | Trustee Name: | Robert H. Slone (580040) |
|---|---|---|---|
| Case Name: | LUBISH, JANET L. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4208 | Account #: | 3910417221 Checking |
| For Period Ending: | 01/04/2023 | Blanket Bond (per case limit): | $8,856,594.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/24/22 | {9} | TW Plus, LLC | Payment on balance owed to debtor per mortgage on commercial property @2018 McClellandtown Rd. | 1121-000 | 800.00 | | 800.00 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 795.00 |
| 03/11/22 | {9} | TW Plus, Inc. | Payment on balance owed to debtor per mortgage on commercial property @2018 McClellandtown Rd. | 1121-000 | 800.00 | | 1,595.00 |
| 03/31/22 | | Metro Settlement Services, Inc. | Proceeds from sale of 1579 McClellandtown Road | | 32,870.74 | | 34,465.74 |
| | {1} | | Contract Sales Price $150,000.00 | 1110-000 | | | |
| | | | School Taxes 3/29/22 - 06/30/22 $460.91 | 2820-000 | | | |
| | | | Real Estate Commission to Realty One - Paid per Order @ Doc #103. -$7,500.00 | 3510-000 | | | |
| | | Trinity Financial Services, LLC | Trinity Financial payoff per Court Order @ Doc #103 -$25,725.70 | 4110-000 | | | |
| | | PNC Bank, National Association | PNC Bank payoff per Court Order @ Doc #103. -$64,975.77 | 4110-000 | | | |
| | | | County Taxes 1/1/22-3/29/22 -$203.10 | 2820-000 | | | |
| | | | Township Taxes 01/1/22-3/29/22 -$61.95 | 2820-000 | | | |
| | | | Deed Preparation, Tax Lien Letter, Refuse fees, Sewage Due, Water Service Due -$1,348.21 | 2500-000 | | | |
| | | | State Tax -$1,500.00 | 2820-000 | | | |
| | | Fayette County Tax Claim Bureau | Delinquent Taxes thru 12/21 to Tax Claim Bureau - Paid per Order @ Doc #103. -$16,275.44 | 4800-000 | | | |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 34,460.74 |
| 04/20/22 | | Metro Settlement Services, Inc. | Refund of sewage overpayment (related to sale of R.E.) | 2500-000 | | -53.20 | 34,513.94 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 53.41 | 34,460.53 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 53.38 | 34,407.15 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 60.66 | 34,346.49 |

Page Subtotals: $34,470.74  $124.25

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 19-23168-CMB | Trustee Name: | Robert H. Slone (580040) |
|---|---|---|---|
| Case Name: | LUBISH, JANET L. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4208 | Account #: | 3910417221 Checking |
| For Period Ending: | 01/04/2023 | Blanket Bond (per case limit): | $8,856,594.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/14/22 | {9} | Zebley, Mehalov & White PC | Debtor's payment to TTE for TWPlus note per settlement approved by Court Order @ Doc. 127 | 1121-000 | 8,165.00 | | 42,511.49 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 59.75 | 42,451.74 |
| 12/14/22 | 101 | Clerk, U.S. Bankruptcy Court | JANET L. LUBISH 19-23168 Distribution payment - Dividend paid at 100.00% of $188.00; Claim # C FEE; Filed: $188.00 | 2700-000 | | 188.00 | 42,263.74 |
| 12/14/22 | 102 | Robert H. Slone | JANET L. LUBISH 19-23168 Distribution payment - Dividend paid at 100.00% of $6,600.07; Claim # FEE; Filed: $11,261.30 | 2100-000 | | 6,600.07 | 35,663.67 |
| 12/14/22 | 103 | Robert H. Slone | JANET L. LUBISH 19-23168 Distribution payment - Dividend paid at 100.00% of $399.93; Claim # TE; Filed: $399.93 | 2200-000 | | 399.93 | 35,263.74 |
| 12/14/22 | 104 | Internal Revenue Service | JANET L. LUBISH 19-23168 Distribution payment - Dividend paid at 100.00% of $5,458.29; Claim # 2P; Filed: $5,458.29 | 5800-000 | | 5,458.29 | 29,805.45 |
| 12/14/22 | 105 | Internal Revenue Service | JANET L. LUBISH 19-23168 Distribution payment - Dividend paid at 100.00% of $9,751.35; Claim # 2U; Filed: $9,751.35 | 7100-000 | | 9,751.35 | 20,054.10 |
| 12/14/22 | 106 | UPMC Physician Services | JANET L. LUBISH 19-23168 Distribution payment - Dividend paid at 100.00% of $270.61; Claim # 3; Filed: $270.61 | 7100-000 | | 270.61 | 19,783.49 |
| 12/14/22 | 107 | Verizon | JANET L. LUBISH 19-23168 Distribution payment - Dividend paid at 100.00% of $52.56; Claim # 4; Filed: $52.56 | 7100-000 | | 52.56 | 19,730.93 |
| 12/14/22 | 108 | PNC Bank NA | JANET L. LUBISH 19-23168 Distribution payment - Dividend paid at 100.00% of $16,008.07; Claim # 5; Filed: $16,008.07 | 7100-000 | | 16,008.07 | 3,722.86 |
| 12/14/22 | 109 | INTERNAL REVENUE SERVICE | JANET L. LUBISH 19-23168 Distribution payment - Dividend paid at 90.93% of $4,094.42; Claim # 2U2; Filed: $4,094.42 | 7300-000 | | 3,722.86 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 42,635.74 | 42,635.74 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 42,635.74 | 42,635.74 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $42,635.74 | $42,635.74 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 3

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-23168-CMB | **Trustee Name:** | Robert H. Slone (580040) |
| **Case Name:** | LUBISH, JANET L. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***4208 | **Account #:** | 3910417221 Checking |
| **For Period Ending:** | 01/04/2023 | **Blanket Bond (per case limit):** | $8,856,594.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $42,635.74 |
| Plus Gross Adjustments: | $117,129.26 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $159,765.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| 3910417221 Checking | $42,635.74 | $42,635.74 | $0.00 |
| | **$42,635.74** | **$42,635.74** | **$0.00** |

| | |
|---|---|
| 01/04/2023 | /s/Robert H. Slone |
| Date | Robert H. Slone |

UST Form 101-7-TDR (10 /1/2010)